IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MATTHEW J. GAGNON,

      Appellant,

v.

ABC SIGN PRODUCTS and
HARTFORD CASUALTY
INSURANCE COMPANY,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5819

_____/

Opinion filed October 4, 2017.

An appeal from an order of Judge of Compensation Claims.
Neal P. Pitts, Judge.

Date of Accident:  October 21, 2015.

Bill McCabe, Longwood, and Jonathan E. Bukowski, Orlando, for Appellant.

James N. McConnaughhay of McConnaughhay, Coonrod, Pope, Weaver & Stern, P.A., Tallahassee, and Elizabeth V. Bogle of McConnaughhay, Coonrod, Pope, Weaver & Stern, P.A., Pensacola, for Appellees.


PER CURIAM.

      AFFIRMED.

WOLF, OSTERHAUS, and KELSEY, JJ., CONCUR.